

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919)575-3900*

October 15, 2014

The Honorable Thomas C. Mummert, III
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

RE: BUCHANAN, William
    Register Number: 40397-044
    Docket Number:   4:13CR0214 RWS

Dear Judge Mummert:

The above-referenced individual was admitted to the Mental Health Unit of FMC Butner on August 5, 2014, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Buchanan, which are necessary to complete his evaluation. We have calculated the evaluation period to end December 2, 2014. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Kelly Forbes, Health System Specialist, at (919) 575-3900 extension 6030.

Respectfully,

/s/
Kenny Atkinson
Complex Warden

cc: Thomas S. Rea, Assistant United States Attorney
    Sean M. Vicente, Defense Attorney

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex
Butner, North Carolina 27509 DM/mtt²
6 Federal Medical Center
 P.O. Box 1600
 Federal Correctional Institution II
 P.O. Box 1500
 Federal Correctional Institution
 P.O. Box 1000
 Low Security Correctional Institution
 P.O. Box 999

Official Business

RALEIGH
NC 275
24 OCT '14
PM 6 L



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

$ 00.48⁰
02 1A
0004204945    OCT 24 2014
MAILED FROM ZIP CODE 27509

**RECEIVED**

**OCT 27 2014**

**BY MAIL**

63102112599