# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CR0214 RWS |
| ) | |
| **WILLIAM BUCHANAN,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that a **COUNSEL ONLY** status conference regarding the above-named Defendant is set for **January 27, 2015**, at **1:30 p.m.** in the Courtroom of the undersigned.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of January, 2015.