UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Chambers Minute Sheet

Date: 1-27-15   Judge: Thomas C. Mummert III   Case No. 4:13CR0214RWS

USA v. William Buchanan

Court Reporter: _____   Deputy Clerk: _____

Attorney(s) for Plaintiff(s): Tom Rea

Attorney(s) for Defendant(s): Sean Vicente

☐ Sealed Proceeding

Criminal:
☐ Initial Appearance
☐ Bond Review
☐ Motion Hearing
☐ Status Conference
☐ Refusal of a Search Warrant
☐ Ex Parte Orders
  (not captured elsewhere)
☐ _____

Civil:
☐ Rule 16 Conference
☐ Non-Final Pretrial Conference
☑ Status Conference
☐ Motion Hearing
☐ Settlement Conference
☐ Final Pretrial Conference
☐ Instruction Conference
☐ Telephone Conference
☐ _____

Parties present for hearing on (Doc. No. ___) / (Oral Motion) _____

RULING: GRANTED ___ ; DENIED ___ ; OTHER: _____

Proceeding commenced 1:20 AM/PM   Proceeding concluded 1:35 AM/PM

Next hearing date/time _____   Type of hearing _____